**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
William E. Camy, SBN 291397
wcamy@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SACRAMENTO
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF, individually, and as a successor-in-interest to Decedent AMELIAN HOUFF; OLIVIA EDWARDS, individually, and as successor-in-interest to Decedent AMELIAN HOUFF,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>   Defendants.<br>_____/ | CASE NO.  2:22-CV01150-MCE-JDP<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; AND ORDER**<br><br>Complaint Filed:  7/1/2022 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs, CHARLES HOUFF and OLIVIA EDWARDS, and Defendant COUNTY OF SACRAMENTO, by and through their

respective undersigned counsel that, pursuant to Local Rule 144(a), the time in which Defendant COUNTY OF SACRAMENTO may respond to Plaintiffs' Complaint, previously due August 11, 2022, be extended 30 days, up to and including September 9, 2022.

Dated: August 15, 2022                          PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

                                                By  /s/Carl L. Fessenden
                                                    Carl L. Fessenden
                                                    Attorney for Defendant


Dated: August 15, 2022                          LAW OFFICES OF JOHN L. BURRIS

                                                By:  /s/ James Cook  (Authorized on 8/12/22)
                                                    John L. Burris
                                                    Benjamin Nisenbaum
                                                    James Cook
                                                    Attorneys for Plaintiff CHARLES HOUFF


Dated: August 15, 2022                          BRYANT LAW GROUP

                                                By:  /s/Ian Kelley (Authorized on 8/12/22)
                                                    Ian Kelley
                                                    Paul Alaga
                                                    Attorneys for Plaintiff OLIVIA EDWARDS


**ORDER**

IT IS SO ORDERED.

DATED: August 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE