**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, JIM SPURGEON and MICHAEL DANIELS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF, individually, and as a successor-in-interest to Decedent AMELIAN HOUFF; OLIVIA EDWARDS, individually, and as successor-in-interest to Decedent AMELIAN HOUFF, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO, a municipal corporation; CITY OF SACRAMENTO police officer MITCHELL BARRETT, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police sergeant MICHAEL FRAZER, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police Lieutenant BRIAN ELLIS, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; COUNTY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO Sheriff's Sergeant JIM SPURGEON, in his individual | CASE NO. 2:22-CV-01150-MCE-JDP <br><br> **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** <br><br> Complaint Filed: 7/1/2022 |

and official capacities as a deputy for the COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO Sheriff's Lieutenant MICHAEL DANIELS, in his individual and official capacities as a deputy for the COUNTY OF SACRAMENTO; and DOES 1-50, inclusive, individually, jointly, and severally,

            Defendants.

_____/

Plaintiffs CHARLES HOUFF and OLIVIA EDWARDS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, JIM SPURGEON, MICHAEL DANIELS, CITY OF SACRAMENTO, MITCHELL BARRET, MICHAEL FRAZER and BRIAN ELLIS ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on August 29, 2023, at 9:30 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO STIPULATED.**

Dated:   April 20, 2023         PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                          By:   /s/ *Megan N. Boelter*
                                                    Carl L. Fessenden
                                                    William E. Camy
                                                    Megan N. Boelter
                                                    Attorneys for Defendants COUNTY OF
                                                    SACRAMENTO, MICHAEL DANIELS and
                                                    JIM SPURGEON

| | |
|---|---|
| Date:  April 20, 2023 | LAW OFFICE OF JOHN L. BURRIS |

By: _/s/ *James Cook*_____
  John Burris
  Benjamin Nisenbaum
  James Cook
  Attorneys for Plaintiff CHARLES HOUFF

Date:  April 20, 2023          BRYANT LAW GROUP

By: ___/s/ *Ian Kelley*_____
  Ian Kelley
  Paul Alaga
  Attorneys for Plaintiff OLIVIA EDWARDS

Date:  April 20, 2023          DEAN GAZZO ROISTACHER LLP

By: _/s/ *Stephanie Skees*_____
  Mitchell Dean
  Stephanie Skees
  Attorneys for Defendant BRIAN ELLIS

Date:  April 20, 2023          CITY OF SACRAMENTO

By: _/s/ *Chance Trimm*_____
  Chance Trimm
  Attorney for Defendant CITY OF SACRAMENTO, MITCHELL BARRET and MICHAEL FRAZER

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on August 29, 2023, at 9:30 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: April 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE