**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, JIM SPURGEON and MICHAEL DANIELS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF, individually, and as a successor-in-interest to Decedent AMELIAN HOUFF; OLIVIA EDWARDS, individually, and as successor-in-interest to Decedent AMELIAN HOUFF, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO, a municipal corporation; CITY OF SACRAMENTO police officer MITCHELL BARRETT, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police sergeant MICHAEL FRAZER, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police Lieutenant BRIAN ELLIS, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; COUNTY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO Sheriff's Sergeant JIM SPURGEON, in his individual and official capacities as a deputy for the | CASE NO. 2:22-CV-01150-MCE-JDP <br><br> **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** <br><br> Complaint Filed: 7/1/2022 |

{02775271.DOCX}                                          1

COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO Sheriff's Lieutenant MICHAEL DANIELS, in his individual and official capacities as a deputy for the COUNTY OF SACRAMENTO; and DOES 1-50, inclusive, individually, jointly, and severally,

                Defendants.

_____/

Plaintiffs CHARLES HOUFF and OLIVIA EDWARDS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, JIM SPURGEON, MICHAEL DANIELS, CITY OF SACRAMENTO, MITCHELL BARRET, MICHAEL FRAZER and BRIAN ELLIS ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. This matter is currently set for a settlement conference to be conducted before Magistrate Judge Kendall J. Newman on August 29, 2023. The parties need additional time to conduct discovery before the settlement conference, and hereby stipulate to reschedule the settlement conference for November 27, 2023, at 9:30 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO STIPULATED.**

Dated:   July 19, 2023　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　By:   /s/ *William E. Camy*
　　　　　　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　William E. Camy
　　　　　　　　　　　　　　　　　　　Megan N. Boelter
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF SACRAMENTO, MICHAEL DANIELS and JIM SPURGEON

Date: July 19, 2023              LAW OFFICE OF JOHN L. BURRIS


By:  /s/ *James Cook*_____
    John Burris
    Benjamin Nisenbaum
    James Cook
    Attorneys for Plaintiff CHARLES HOUFF

Date: July 19, 2023              BRYANT LAW GROUP


By:   /s/ *Ian Kelley*_____
    Ian Kelley
    Paul Alaga
    Attorneys for Plaintiff OLIVIA EDWARDS

Date: July 19, 2023              DEAN GAZZO ROISTACHER LLP


By:  /s/ *Lee Roistacher*_____
    Mitchell Dean
    Lee Roistacher
    Attorneys for Defendant BRIAN ELLIS

Date: July 19, 2023              CITY OF SACRAMENTO


By:  /s/ *Chance Trimm*_____
    Chance Trimm
    Attorney for Defendant CITY OF SACRAMENTO,
    MITCHELL BARRET and MICHAEL FRAZER

**ORDER**

The Court, having reviewed and considered the Parties' foregoing Stipulation, and finding good cause, hereby Orders as follows:

1. The settlement conference previously scheduled for August 29, 2023, is hereby rescheduled to be conducted before Magistrate Judge Kendall J. Newman on November 27, 2023, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: July 21, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE