**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, JIM SPURGEON and MICHAEL DANIELS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF, individually, and as a successor-in-interest to Decedent AMELIAN HOUFF; OLIVIA EDWARDS, individually, and as successor-in-interest to Decedent AMELIAN HOUFF, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO, a municipal corporation; CITY OF SACRAMENTO police officer MITCHELL BARRETT, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police sergeant MICHAEL FRAZER, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police Lieutenant BRIAN ELLIS, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; COUNTY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO Sheriff's Sergeant JIM SPURGEON, in his individual and official capacities as a deputy for the | CASE NO. 2:22-CV-01150-MCE-JDP <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES** <br><br> Complaint Filed: 7/1/2022 |

{02775271.DOCX}                              1

COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO Sheriff's Lieutenant MICHAEL DANIELS, in his individual and official capacities as a deputy for the COUNTY OF SACRAMENTO; and DOES 1-50, inclusive, individually, jointly, and severally,

        Defendants.

_____/

Plaintiffs CHARLES HOUFF and OLIVIA EDWARDS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, JIM SPURGEON, MICHAEL DANIELS, CITY OF SACRAMENTO, MITCHELL BARRET, MICHAEL FRAZER and BRIAN ELLIS ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. Despite the parties' good faith and diligent efforts and because of matters outside the parties' control, the parties are unable to complete non-expert discovery prior to the current deadlines. The deposition of Andrew Keegans was noticed for April 5, 2024. At the beginning of the deposition, Keegans expressed for the first time an interest in having legal representation for the deposition. All counsel agreed on the record to extend the discovery deadline to allow the parties to re-notice Keegans' deposition after affording Keegans a reasonable opportunity to explore this option. Defendant County of Sacramento, Jim Spurgeon, and Michael Daniels propounded written discovery on Plaintiffs Olivia Edwards and Charles Houff. On April 1, 2024, Plaintiff Olivia Edwards requested an extension to respond to the written discovery, which was granted the same day. Plaintiff Olivia Edwards' responses are due April 12, 2024, after the current non-expert discovery deadline. The parties have met and conferred regarding Plaintiff Houff's written discovery responses. Plaintiff Houff requested more time to provide supplemental written discovery responses and has agreed to provide those responses by April 12, 2024, after the current non-expert discovery deadline. Defendant County of Sacramento is unable to issue related discovery subpoenas without Plaintiff Edwards' and Houff's written discovery responses. To afford the parties

more time to prepare their written discovery responses, continue to meet and confer, prepare any necessary related motion work, issue subpoenas, and to re-notice the deposition of Andrew Keegans, the parties agree to extend the current deadline for non-expert discovery.

2. The current deadline for non-expert discovery is April 10, 2024. The parties agree to extend the non-expert discovery deadline by 60 days, or to June 10, 2024.

3. The parties further agree that other deadlines will need to be similarly continued to accommodate the delay. Currently, the deadline for expert witness disclosures is June 10, 2024, rebuttal/supplemental expert witness disclosures are due July 10, 2024, and the last day to file a dispositive motion is October 8, 2024.

4. As such, the parties agree to extend the respective deadlines as follows:
   - Close of Non-Expert Discovery: June 10, 2024
   - Expert Witness Disclosures: August 10, 2024
   - Rebuttal/Supplemental Expert Witness Disclosures: September 10, 2024
   - Last Day to File a Dispositive Motion: December 8, 2024

5. The parties agree there is good cause for the proposed modifications to the scheduling order.

6. All other deadlines shall remain unchanged.

**IT IS SO STIPULATED.**

Dated:   April 10, 2024                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION


                                           By:   /s/ *Megan N. Boelter*
                                                 Carl L. Fessenden
                                                 William E. Camy
                                                 Megan N. Boelter
                                                 Attorneys for Defendants COUNTY OF
                                                 SACRAMENTO, MICHAEL DANIELS and
                                                 JIM SPURGEON

Date: April 9, 2024                LAW OFFICE OF JOHN L. BURRIS

By: /s/ *Benjamin Nisenbaum*
    John Burris
    Benjamin Nisenbaum
    James Cook
    Attorneys for Plaintiff CHARLES HOUFF

Date: April 9, 2024                BRYANT LAW GROUP

By: /s/ *Ian Kelley*
    Ian Kelley
    Paul Alaga
    Attorneys for Plaintiff OLIVIA EDWARDS

Date: April 10, 2024                DEAN GAZZO ROISTACHER LLP

By: /s/ *Aleries Lau*
    Mitchell Dean
    Lee Roistacher
    Aleries Lau
    Attorneys for Defendant BRIAN ELLIS

Date: April 10, 2024                CITY OF SACRAMENTO

By: /s/ *Sean D. Richmond*
    Sean D. Richmond
    Kate D. L. Brosseau
    Attorney for Defendant CITY OF SACRAMENTO,
    MITCHELL BARRET and MICHAEL FRAZER

{02775271.DOCX}                                4
STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES

# ORDER

The Court, having reviewed and considered the Parties' foregoing Stipulation, and finding good cause, hereby Orders as follows:

1. The deadline for non-expert discovery is extended to June 10, 2024;
2. The deadline for expert witness disclosures is extended to August 10, 2024;
3. The deadline for rebuttal/supplemental expert witness disclosures is extended to September 10, 2024;
4. The last day to file a dispositive motion is extended to December 8, 2024;
5. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated: April 12, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE