**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, JIM SPURGEON and MICHAEL DANIELS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF, individually, and as a successor-in-interest to Decedent AMELIAN HOUFF; OLIVIA EDWARDS, individually, and as successor-in-interest to Decedent AMELIAN HOUFF,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; CITY OF SACRAMENTO police officer MITCHELL BARRETT, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police sergeant MICHAEL FRAZER, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police Lieutenant BRIAN ELLIS, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; COUNTY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO Sheriff's Sergeant JIM SPURGEON, in his individual and official capacities as a deputy for the | CASE NO. 2:22-CV-01150-MCE-JDP<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: 7/1/2022 |

COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO Sheriff's Lieutenant MICHAEL DANIELS, in his individual and official capacities as a deputy for the COUNTY OF SACRAMENTO; and DOES 1-50, inclusive, individually, jointly, and severally,

          Defendants.

_____/

Plaintiffs CHARLES HOUFF and OLIVIA EDWARDS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, JIM SPURGEON, MICHAEL DANIELS, CITY OF SACRAMENTO, MITCHELL BARRET, MICHAEL FRAZER and BRIAN ELLIS ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. Defendant County of Sacramento has attempted to take the deposition of Andrew Keegans on two separate occasions. Keegans' deposition was noticed for April 5, 2024. At the deposition, a concern for Keegans' rights under the Fifth Amendment to the United States Constitution was raised and Keegans requested legal representation for the deposition. The parties agreed to suspend the deposition so Keegans could retain counsel and/or discuss the Fifth Amendment issue with counsel. After affording Keegans time to explore legal representation, counsel for the County of Sacramento spoke with Keegans and confirmed a date and time for his continued deposition. Keegans' deposition was re-noticed for May 17, 2024. Keegans did not appear for his deposition.

2. The underlying incident for the present lawsuit occurred on August 29, 2021, and involves a burglary of a cannabis store. The statute of limitations under California law for felony offenses is three years. (California Penal Code § 801.) The statute of limitations under California law for misdemeanor offenses is one year. (California Penal Code § 802.) The statute of limitations for any misdemeanor offenses arising out of the subject incident has passed, however, the statute of limitations for any felony charges will expire on August 29, 2024.

3. The current deadline to complete discovery is June 10, 2024. The parties have met and conferred and agree there is good cause to allow Keegans' deposition to occur within a reasonable time after August 29, 2024, even though it is after the close of discovery. The parties further agree that any discovery motions related thereto may be brought even though they are after the close of discovery.

4. All other deadlines shall remain unchanged.

**IT IS SO STIPULATED.**

Dated:   June 10, 2024                             PORTER SCOTT
                                                   A PROFESSIONAL CORPORATION


                                                   By:    /s/ *Megan N. Boelter*
                                                           Carl L. Fessenden
                                                           William E. Camy
                                                           Megan N. Boelter
                                                           Attorneys for Defendants COUNTY OF
                                                           SACRAMENTO, MICHAEL DANIELS and
                                                           JIM SPURGEON


Date:   May 31, 2024                               LAW OFFICE OF JOHN L. BURRIS


                                                   By:  /s/ *Benjamin Nisenbaum*
                                                           John Burris
                                                           Benjamin Nisenbaum
                                                           James Cook
                                                           Attorneys for Plaintiff CHARLES HOUFF

Date:   May 31, 2024                               BRYANT LAW GROUP


                                                   By:    /s/ *Ian Kelley*
                                                           Ian Kelley
                                                           Paul Alaga
                                                           Attorneys for Plaintiff OLIVIA EDWARDS

| | |
|---|---|
| Date:   May 31, 2024 | DEAN GAZZO ROISTACHER LLP |
| | |
| | By:  /s/ *Lee Roistacher*_____ |
| | Mitchell Dean |
| | Lee Roistacher |
| | Aleries Lau |
| | Attorneys for Defendant BRIAN ELLIS |
| Date:   May 31, 2024 | CITY OF SACRAMENTO |
| | |
| | By:  /s/ *Kate D. L. Brosseau*_____ |
| | Sean D. Richmond |
| | Kate D. L. Brosseau |
| | Attorney for Defendant CITY OF SACRAMENTO, MITCHELL BARRET and MICHAEL FRAZER |

**ORDER**

The Court, having reviewed and considered the Parties' foregoing Stipulation, and finding good cause, hereby Orders as follows:

1. The deposition of Andrew Keegans must occur not later than October 1, 2024. Any discovery motions related thereto may also be brought at that time.
2. All other deadlines shall remain unchanged.

IT IS SO ORDERED.

Dated: June 12, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE