**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, California 95815 c
TEL: 916.929.1481
FAX: 916.927.3706
cfessenden@porterscott.com
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, JIM SPURGEON and MICHAEL DANIELS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF, individually, and as a successor-in-interest to Decedent AMELIAN HOUFF; OLIVIA EDWARDS, individually, and as successor-in-interest to Decedent AMELIAN HOUFF,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; CITY OF SACRAMENTO police officer MITCHELL BARRETT, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police sergeant MICHAEL FRAZER, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; CITY OF SACRAMENTO police Lieutenant BRIAN ELLIS, in his individual and official capacities as an officer for the CITY OF SACRAMENTO; COUNTY OF SACRAMENTO, a municipal corporation; COUNTY OF SACRAMENTO Sheriff's Sergeant JIM SPURGEON, in his individual and official capacities as a deputy for the | CASE NO. 2:22-CV-01150-MCE-JDP<br><br>**JOINT STIPULATION AND ORDER REGARDING SCHEDULING ORDER**<br><br>Complaint Filed: 7/1/2022 |

COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO Sheriff's Lieutenant MICHAEL DANIELS, in his individual and official capacities as a deputy for the COUNTY OF SACRAMENTO; and DOES 1-50, inclusive, individually, jointly, and severally,

Defendants.
_____/

Plaintiffs CHARLES HOUFF and OLIVIA EDWARDS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, JIM SPURGEON, MICHAEL DANIELS, CITY OF SACRAMENTO, MITCHELL BARRET, MICHAEL FRAZER and BRIAN ELLIS ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. The parties entered into a Joint Stipulation on June 10, 2024, which was signed by the Court and filed on June 13, 2024. (ECF No. 55.) In the Joint Stipulation, the parties agreed there was good cause to allow Andrew Keegans' deposition to occur after the close of fact discovery and within a reasonable time after August 29, 2024.[1] Andrew Keegans' deposition was ordered to occur no later than October 1, 2024.

2. Defendant County of Sacramento noticed Andrew Keegans' deposition for a third time to occur on September 3, 2024, which was the first day the parties were available after August 29, 2024. Andrew Keegans did not appear.

3. On September 4, 2024, Magistrate Judge Peterson's courtroom deputy informed Defendant County of Sacramento that the earliest hearing date for a Motion to Compel Andrew Keegans' deposition would be October 3, 2024. On September 16, 2024, Defendant County of Sacramento filed a Motion to Compel Andrew Keegans' Deposition. The hearing is currently set for October 3, 2024, at 10:00 a.m.

4. As such, despite the parties' best efforts and due diligence, the deposition of Andrew

---

[1] The statute of limitations for any felony charges resulting from the subject incident expired on August 29, 2024. The parties agreed to take Andrew Keegans' deposition after that date so as not to run into any issues related to the Fifth Amendment to the United States Constitution.

Keegans will not occur prior to October 1, 2024. Given the above-mentioned circumstances and the pending Motion to Compel, the parties agree that there is good cause to extend the deadline by which to take Andrew Keegans' deposition to December 1, 2024.

5. All other deadlines shall remain unchanged.

**IT IS SO STIPULATED.**

Dated: 9/24/2024                           PORTER SCOTT
                                           A PROFESSIONAL CORPORATION

                                           By:   /s/ *Megan N. Boelter*
                                                 Carl L. Fessenden
                                                 William E. Camy
                                                 Megan N. Boelter
                                                 Attorneys for Defendants COUNTY OF
                                                 SACRAMENTO, MICHAEL DANIELS
                                                 and JIM SPURGEON

Date: 9/24/2024                            LAW OFFICE OF JOHN L. BURRIS

                                           By:   /s/ *Benjamin Nisenbaum*
                                                 John Burris
                                                 Benjamin Nisenbaum
                                                 James Cook
                                                 Attorneys for Plaintiff CHARLES HOUFF

Date: 9/24/2024                            BRYANT LAW GROUP

                                           By:   /s/ *Ian Kelley*
                                                 Ian Kelley
                                                 Paul Alaga
                                                 Attorneys for Plaintiff OLIVIA EDWARDS

Date: 9/24/2024                                     DEAN GAZZO ROISTACHER LLP

                                         By:   /s/ *Aleries Lau*

                                                Mitchell Dean
                                                Lee Roistacher
                                                Aleries Lau
                                                Attorneys for Defendant BRIAN ELLIS

Date:  9/24/2024                                    CITY OF SACRAMENTO

                                         By:  /s/  *Sean D. Richmond*
                                                Sean D. Richmond
                                                Kate D. L. Brosseau
                                                Attorneys for Defendant CITY OF SACRAMENTO, MITCHELL BARRET and MICHAEL FRAZER

JOINT STIPULATION AND ORDER REGARDING SCHEDULING ORDER

**ORDER**

The Court, having reviewed and considered the Parties' foregoing Stipulation, and finding good cause, hereby Orders as follows:

1. The deposition of Andrew Keegans must occur by December 1, 2024. Any discovery motions related thereto may also be brought at that time.
2. All other deadlines shall remain unchanged.

IT IS SO ORDERED.

DATED: September 25, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE