UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOUFF,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, *et al.*,<br><br>Defendants. | Case No.  2:22-cv-01150-MCE-JDP<br><br><br>ORDER AFTER HEARING |

This case was before the court on October 3, 2024, for hearing on defendants County of Sacramento, Jim Spurgeon, and Michael Daniels's ("moving defendants") motion to compel third-party Andrew Keegans to appear for a deposition and for monetary sanctions. ECF No. 56. Attorney Megan Boelter appeared on behalf of the moving defendants; attorney Lee Roistacher appeared on behalf of defendants Brian Ellis; and Benjamin Nisenbaum appeared on behalf of plaintiffs. Mr. Keegans did not appear.

For the reasons stated on the record, it is hereby ORDERED that:

1. Defendants' motion to compel, ECF No. 56, is granted.

2. Andrew Keegans is ordered to appear for his deposition on October 29, 2024, at 1:00 p.m. via Zoom.

3. Defense counsel shall provide Mr. Keegans with the Zoom login information at least seven days prior to the deposition.

4. Mr. Keegans shall pay $3,654.75 to defendants County of Sacramento, Spurgeon, and Michael Daniels for the reasonable expenses they incurred in connection with the depositions he failed to attend and bringing their motion to compel.[1]

5. Defendants shall serve Mr. Keegans with a copy of this order and a notice of deposition by no later than October 11, 2024.

IT IS SO ORDERED.

Dated:   October 10, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] At the hearing, the court instructed defense counsel to submit a proposed order and an updated declaration that includes all expenses defendants incurred in connection with the two unsuccessful attempts to depose Mr. Keegans and in bringing the instant motion. Defendants submitted a proposed order, which asks that they be awarded $4,304.75 in fees and costs. ECF No. 61. The record indicates defendants incurred $704.75 in videographer and court reporter costs, which is reasonable and therefore awarded. ECF No. 56-2 at 4, 77. Counsel's billing records show that attorney Megan Boelter spent 11.8 hours, at an hourly rate of $250, preparing for and attending Mr. Keegans's September 3, 2024 deposition and drafting and litigating the instant motion, for a total amount of $2,950. ECF No. 61-1 at 2, 9-14. Both Ms. Boelter's hourly rate and the time she spent in connection with this matter are reasonable. However, this evidence demonstrates that defendants are entitled to $3,654.75, not the higher amount reflected in their proposed order.